1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  SUSAN CUSHMAN (NYBN 2256147)
   Assistant United States Attorney

5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6940
7      Facsimile: (415) 436-7234
       E-mail: kirstin.ault@usdoj.gov

8
   Attorneys for United States of America
9

10                    UNITED STATES MAGISTRATE COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )    No.  CR 12-560 JW
                                       )
14        Plaintiff,                   )    STIPULATION REGARDING SPEEDY
                                       )    TRIAL ACT AND [PROPOSED] ORDER
15     v.                              )
                                       )
16  JOSE EFRAIN GONZALEZ               )
                                       )
17        Defendant.                   )
                                       )
18  _____)

19        On July 30, 2012, defendant Jose Efrain GONZALEZ appeared before the Court  for

20  arraignment on the First Superseding Indictment and for detention hearing.  Partial discovery was

21  provided to the defendant, and the Government anticipates providing the remaining discovery by

22  Friday, August 3, 2012. The Court set an initial appearance date of September 24, 2012,  before

23  the Honorable James Ware for a status conference.  Defense counsel will need this time to review

24  discovery and determine how to effectively defend the case.

25        With the agreement of the parties, and with the consent of the defendant, the Court enters

26  this order documenting the exclusion of time under the Speedy Trial Act from July 30, 2012,

27  through September 24, 2012,  for effective preparation of defense counsel, under 18 U.S.C.

28  § 3161(h)(7)(A), (h)(7)(B)(iv).

| | |
|---|---|
| 1 | The parties agree, and the Court finds and holds, as follows: |
| 2 | 1. The defendant agrees to the exclusions of time under the Speedy Trial Act from July |
| 3 | 30, 2012, through September 24, 2012, based upon the need for effective preparation of defense |
| 4 | counsel. |
| 5 | 2. Counsel for the defendant believes that the exclusion of time is in her client's best |
| 6 | interest. |
| 7 | 3. Given these circumstances, the Court finds that the ends of justice served by excluding |
| 8 | the period from July 30, 2012, through September 24, 2012, outweigh the best interest of the |
| 9 | public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). |
| 10 | 4. Accordingly, and with the consent of the defendant, the Court orders that (1) the |
| 11 | defendant shall appear before the Honorable James Ware on September 24, 2012 at 1:30 p.m. for |
| 12 | an initial appearance; (2) the period from July 30, 2012, through September 24, 2012, shall be |
| 13 | excluded from Speedy Trial Act calculations under 18 U.S.C. §3161 (h)(7)(A), (h)(7)(B)(iv). |
| 14 | |
| 15 | STIPULATED: |
| 16 | |
| 17 | DATED: _July 31, 2012_____          ___/s/_____ |
| 18 |                                     SUSAN CUSHMAN<br>                                     Assistant United States Attorney |
| 19 | DATED:___July 31, 2012_____        ___/s/_____ |
| 20 |                                     KRYSTAL DENLEY BOWEN<br>                                     Attorney for Defendant Jose Efrain Gonzalez |
| 21 | IT IS SO ORDERED: |
| 22 | DATED: ____August 1, 2012____ |
| 23 |                                     MARIA ELENA JAMES<br>                                     United States Magistrate Judge |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |