1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUSAN CUSHMAN (NYBN 2256147)
   Assistant United States Attorney
5
   450 Golden Gate Ave., Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7200
7  Facsimile: (415) 436-7234
   E-mail: susan.cushman@usdoj.gov
8
   Attorneys for United States of America
9

FILED

AUG 03 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00560 JW |
| Plaintiff, | STIPULATION REGARDING SPEEDY TRIAL ACT AND [PROPOSED] ORDER |
| v. | |
| ROBERTO GONZALEZ, | |
| Defendant. | |

On August 3, 2012, defendant Roberto GONZALEZ appeared before the Court for detention hearing. Partial Rule 16 Discovery was provided to the defendant, and the Government anticipates providing the remaining discovery within the next week. A status conference is scheduled for September 24, 2012, before the Honorable James Ware. Defense counsel will need this time to review discovery and determine how to effectively defend the case.

With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act from August 3, 2012, through September 24, 2012, for effective preparation of defense counsel, under 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

//

| | |
|---|---|
| 1 | The parties agree, and the Court finds and holds, as follows: |
| 2 | 1. The defendant agrees to the exclusions of time under the Speedy Trial Act from |
| 3 | August 3, 2012, through September 24, 2012, based upon the need for effective preparation of |
| 4 | defense counsel. |
| 5 | 2. Counsel for the defendant believes that the exclusion of time is in her client's best |
| 6 | interest. |
| 7 | 3. Given these circumstances, the Court finds that the ends of justice served by excluding |
| 8 | the period from August 3, 2012, through September 24, 2012, outweigh the best interest of the |
| 9 | public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). |
| 10 | 4. Accordingly, and with the consent of the defendant, the Court orders that (1) the |
| 11 | defendant shall appear before the Honorable James Ware on September 24, 2012 at 1:30 p.m. for |
| 12 | an initial appearance; (2) the period from August 3, through September 24, 2012, shall be |
| 13 | excluded from Speedy Trial Act calculations under 18 U.S.C. §3161 (h)(7)(A), (h)(7)(B)(iv). |

STIPULATED:

DATED: August 3, 2012

SUSAN CUSHMAN
Assistant United States Attorney

DATED: August 3, 2012

TERESA CAFFESE
Attorney for Defendant Roberto Gonzalez

IT IS SO ORDERED:

DATED: August 3, 2012

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge